### MARK ROSSITER *vs.* NATHAN PECK.

No action will lie on a judgment of a justice of the peace, the record of which does not show that the defendant was served with process, without proof of such service.

ACTION OF CONTRACT upon a judgment of a justice of the peace. At the trial in the court of common pleas, the justice of the peace, being called as a witness for the plaintiff, produced his book of records, containing a record of this case, which did not set forth any service upon the defendant. The writ in that case was not produced. The defendant contended that the evidence was insufficient to warrant a verdict for the plaintiff. But *Bishop,* J. instructed the jury that if they were satisfied that the record offered by the plaintiff was a true record, and that the judgment therein mentioned was unsatisfied, they should find a verdict for the plaintiff. A verdict was returned accordingly, and the defendant alleged exceptions.

*I. Sumner,* for the defendant.

*J. Price,* for the plaintiff.

BY THE COURT. The record was clearly insufficient to show a valid judgment. Nothing can be presumed in favor of the

jurisdiction of courts or magistrates, having only a special or limited jurisdiction; but the burden is upon those, who claim any rights under their proceedings, to show affirmatively that they acted within the limits of their jurisdiction. *Piper* v. *Pearson*, 2 Gray, 124. In the present case, there is nothing to show that the defendant was ever served with process, or had any notice of the acti n in which the judgment was rendered. *Prima facie*, therefore, the justice had no right to take cognizance of the cause, or to render the judgment sued upon. *Brown* v. *Cady*, 19 Wend. 477. *Exceptions sustained.*